# Proceeding Minutes / Proceeding Memo

**Case #:** 22-00255  **Case Name:** DeAnndra Lechel Burton

**Set:** 07/24/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion to Determine Validity of Payment Change Re: 21st Mortgage Corporation (Re: 63 Notice of Mortgage Payment Change filed by Creditor 21st Mortgage Corporation) Filed by Trustee David Rawlings  (Dkt. #64)

---

Minute Entry Re: (related document(s): [64] Motion to Determine Validity of Payment Change filed by David Rawlings) Duncan to submit a no response order. Order due by 08/07/2025. Email received from Duncan. (mcc)