**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DEANNDRA LECHEL BURTON,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-00255-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S
### MOTION TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Review 21st Mortgage's (21) 06-06-2025 Notice of Mortgage Payment Change (Docket No. 64), and no Response having been filed, the Court finds said Notice of Mortgage Payment Change is not allowed but shall be deemed a request to lower the monthly Special Claim for taxes/insurance.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to lower the F monthly Special Claim for taxes/insurance to $102.00, effective the month following the entry of this Order, and the Trustee is directed to adjust the Plan payment accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgement as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

–2–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net