United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 22-00255-KMS

DeAnndra Lechel Burton                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                                      Page 1 of 2

Date Rcvd: Aug 07, 2025                       Form ID: pdf012                                  Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DeAnndra Lechel Burton, 2150 Whitetown Rd, Woodville, MS 39669-4208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5076323 | Email/Text: ebn@21stmortgage.com | Aug 07 2025 19:29:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Jennifer A Curry Calvillo | |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Aug 07, 2025        Form ID: pdf012        Total Noticed: 2

on behalf of Debtor DeAnndra Lechel Burton jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Samuel J. Duncan

on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Debtor DeAnndra Lechel Burton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 7, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     DEANNDRA LECHEL BURTON,
           DEBTOR(S)

                                    CHAPTER 13 BANKRUPTCY
                                    CASE NO. 22-00255-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S
<u>MOTION TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE</u>**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Review 21st Mortgage's (21) 06-06-2025 Notice of Mortgage Payment Change (Docket No. 64), and no Response having been filed, the Court finds said Notice of Mortgage Payment Change is not allowed but shall be deemed a request to lower the monthly Special Claim for taxes/insurance.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to lower the F monthly Special Claim for taxes/insurance to $102.00, effective the month following the entry of this Order, and the Trustee is directed to adjust the Plan payment accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgement as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net